UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARON AVRAM SHAMILOV,

Defendant.

**INFORMATION**

18 U.S.C. § 1028A(a)(1)

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Aggravated Identity Theft)

On or about June 8, 2018, in the State and District of Minnesota, the defendant,

**ARON AVRAM SHAMILOV,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of A.M., another person, during and in relation to the commission of bank fraud, a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(5), knowing that the means of identification belonged to A.M., all in violation of Title 18, United States Code, Section 1028A(a)(1).

Dated:  September 13, 2019

ERICA H. MACDONALD
United States Attorney

BY: JORDAN L. SING
Assistant United States Attorney
Attorney ID No. 393084

SCANNED
SEP 13 2019
U.S. DISTRICT COURT MPLS